UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

AARON COOKS

                Plaintiff(s),

CASE NO. C-08-4726 CW

v.

KNOCKOUT LOCKOUTS, INC.

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

                Defendant(s).

     Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
        Non-binding Arbitration (ADR L.R. 4)
✓     Early Neutral Evaluation (ENE)   (ADR L.R. 5)
        Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
        Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
        the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

        other requested deadline _____

Dated: 12/18/2008

                                                        Attorney for Plaintiff

Dated: 12/18/08

                                                        Attorney for Defendant

[~~PROPOSED~~] ORDER

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        Non-binding Arbitration
✓     Early Neutral Evaluation (ENE)
        Mediation
        Private ADR

    Deadline for ADR session
        90 days from the date of this order, **i.e., April 7, 2009**
        other

IT IS SO ORDERED.

Dated: 1/7/09

_____
UNITED STATES DISTRICT JUDGE

## ATTESTATION CLAUSE

I, Patrick R. Kitchin, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Selecting ADR Process. In compliance with General Order 45, X.B., I hereby attest that Richard Black, counsel to Defendant Knockout Lockouts, Inc., has concurred in this filing.

DATED: December 22, 2008          THE LAW OFFICE OF PATRICK R. KITCHIN

By: _____
　Patrick R. Kitchin, Esq.
Attorneys Plaintiff Aaron Cooks