1

2                    IN THE UNITED STATES DISTRICT COURT

3

4                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

5                                                No. C 08-04726 CW

AARON COOKS,

6                                                CONDITIONAL ORDER
           Plaintiff,                            OF DISMISSAL

7

      v.

8

KNOCKOUT LOCKOUTS, INC.,

9

           Defendant.

10    _____/

11

12

13         The parties hereto, by their counsel, having advised the

Court that they have agreed to a settlement of this cause,

14

15      IT IS HEREBY ORDERED that this cause be dismissed with prejudice;

provided, however, that if any party hereto shall certify to this

16

Court, with proof of service of a copy thereon on opposing counsel,

17

within 90 days from the date hereof, that the agreed consideration for

18

said settlement has not been delivered over, the foregoing Order shall

19

stand vacated and this cause shall forthwith be restored to the

20

calendar to be set for trial.

21

        IT IS SO ORDERED.

22

23

Dated:  5/8/09                       _____
24                                     CLAUDIA WILKEN
                                       United States District Judge
25

26

27

28